IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHRIS WILDBUR, | ) | |
| Plaintiff, | ) ) ) | NO. 3:21-cv-00212 |
| v. | ) ) | JUDGE RICHARDSON |
| CORECIVIC, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 9), recommending that this action be dismissed without prejudice.[1] No Objections to the Report and Recommendation have been filed.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a de novo or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

---

[1] The caption of the Report and Recommendation indicates, likely inadvertently, that this case is assigned to Chief Judge Crenshaw. In fact, this case was initially, and remains, assigned to the undersigned and has not been transferred to Judge Crenshaw.

Nonetheless, the Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case under Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE